■ In the Matter of DIXIE D. LEMMON et al., Appellants, v SENECA MEADOWS, INC., et al., Respondents. [51 NYS3d 469]—Motions for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Lindley, NeMoyer, Curran and Troutman, JJ.

■ In the Matter of KENNETH JAMES, Petitioner, v TINA M. STANFORD, Chairwoman, New York State Board of Parole, et al., Respondents. [51 NYS3d 469]—Motion for reargument denied. Present—Centra, J.P., Peradotto, Curran, Troutman and Scudder, JJ.

■ In the Matter of MEREDITH GORTON, Respondent, v JEREMY V. INMAN, Appellant. [51 NYS3d 446]—Motion for reargument denied. Present—Peradotto, J.P., Carni, Lindley, Curran and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIDGETTE A. McGARVIN, Appellant. [51 NYS3d 447]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from a Judgment of Niagara County Court, Honorable Sara Sheldon, J.—Violation of Probation). Present—Whalen, P.J., Carni, NeMoyer, Curran and Troutman, JJ.